# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ROBLEDO MARTINEZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. CV 15-05149 MWF (AFM)<br><br>**JUDGMENT OF REMAND** |

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The Court, having accepted the Report,

IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further administrative proceedings consistent with the Report.

DATED: September 14, 2016

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE