EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8974
    Facsimile: (415) 744-0134
    Email: ann.maley@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MANUEL ROBLEDO MARTINEZ, | No. 15-05149 AFM |
| Plaintiff, | **[PROPOSED]** ORDER FOR AWARD OF EAJA FEES UNDER 28 U.S.C. § 2412(d |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access

1

| | |
|---|---|
| 1 | to Justice Act (EAJA) Fees ("Stipulation"), IT IS ORDERED that Plaintiff shall be |
| 2 | awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the |
| 3 4 | amount of FIVE THOUSAND EIGHT HUNDRED SEVENTY FOUR DOLLARS |
| 5 | AND NINTY SEVEN CENTS ($5,874.97), as authorized by 28 U.S.C. § 2412 (d), |
| 6 | and subject to the terms and conditions of the Stipulation. |
| 7 8 | **IT IS SO ORDERED.** |

DATED:    1/10/2017

*[signature: Alex MacK...]*
_____
Alexander F. MacKinnon
UNITED STATES MAGISTRATE JUDGE